ORIGINAL

1983 FORM Rev. 01/2008

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

APR 18 2022

at 4 o'clock and 10 min. P M
CLERK, U.S. District Court
"UNPAID, NO IFP SUBM"

Mauro Ariza Ariza Reg. No. 97663-298
Name and Prisoner/Booking Number
FDC Honolulu
Place of Confinement
P.O. Box 30080
Mailing Address
Honolulu, Hawaii 96820
City, State, Zip Code

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF HAWAII

Mauro Ariza Ariza
(Full Name of Plaintiff)

Case No. CV22 00181 JAO WRP
(To be supplied by the Clerk)

vs.

PRISONER CIVIL RIGHTS COMPLAINT

Estella Derr

Dwayne Bautista

☒ Original Complaint
☐ First Amended Complaint
☐ Second Amended Complaint

(Full Names of Defendants; DO NOT USE *et al.*)

## A. JURISDICTION

1. Jurisdiction is invoked pursuant to:

    a. ☐ 28 U.S.C. § 1343(a)(3); 42 U.S.C. § 1983
    b. ☒ 28 U.S.C. § 1331; Bivens v. Six Unknown Federal Narcotics Agents, 403 U.S. 388 (1971)
    c. ☐ Other: (Please Specify) _____

2. Plaintiff: Mauro Ariza Ariza

    Institution/city where violation occurred: FDC Honolulu

3. First Defendant: Estella Derr

    This defendant is a citizen of (state and county) Hawaii , Oahu ,
    and is employed as:

    Warden                                       at  FDC Honolulu
    (Position and Title)                              (Institution)

    This defendant is sued in his/her  X  individual  X  official capacity (check one or both). Explain how

1

Received By Mail
Date APR 18 2022

Mailed On
Date APR 19 2022

1983 FORM Rev. 01/2008

this defendant was acting under color of law:
The Defendant is the warden of FDC Honolulu and therefore responsible for its policies and procedures.

4. Second Defendant: __Dwayne Bautista__

This defendant is a citizen of (state and county) __Hawaii__
__Oahu__, and is employed as:

__Unit 5A Counselor__ at __FDC Honolulu__
(Position and Title)                    (Institution)

This defendant is sued in his/her __X__ individual __X__ official capacity (check one or both). Explain how this defendant was acting under color of law:

The Defendant is the Counselor of the unit where the Plaintiff is housed. He is responsible for processing administrative remedies.

5. Third Defendant: _____

This defendant is a citizen of (state and county) _____
_____, and is employed as:

_____ at _____
(Position and Title)                    (Institution)

This defendant is sued in his/her ___ individual ___ official capacity (check one or both). Explain how this defendant was acting under color of law:

_____

(If you would like to name additional defendants, make a copy of this (blank) page and provide the necessary information.)

\*       A defendant may be named in an individual or official capacity, or both. To sue a defendant in their **individual capacity**, you must be able to state facts showing that the defendant was <u>actually</u> involved in violating your rights. A suit against a defendant in their **official capacity** is in reality a suit against the <u>office or position</u> the defendant holds. Only injunctive relief is available in an official capacity suit against a state official. This is because the **Eleventh Amendment** confers immunity upon the state or its officials against monetary damages resulting from federal court litigation.

        "Color of law" refers to whether the person is a private party or an employee, official, or agent of a state, county, city, or the federal government. There can be no civil rights action under § 1983 unless the defendant was "acting under color of law." After the color of law requirement is met, then it must be determined in which capacity the defendant is being sued.

2

1983 FORM Rev. 01/2008

# B. PREVIOUS LAWSUITS

1. Have you brought any other lawsuits while a prisoner:    ☐ Yes    ☒ No

2. If your answer is yes, how many?: _____ Describe the lawsuit in the spaces below.

3. First previous lawsuit:

   a. Plaintiff _____

      Defendants _____

   b. Court and Case Number (if federal court, identify the district; if state court, identify the county):
      _____

   c. Claims raised: _____

   d. Disposition (For example: Was the case dismissed? Was it appealed? Is it still pending?)
      _____

   e. Approximate date of filing lawsuit _____

   f. Approximate date of disposition _____

4. Second previous lawsuit:

   a. Plaintiff _____

      Defendants _____

   b. Court and Case Number (if federal court, identify the district; if state court, identify the county):
      _____

   c. Claims raised: _____

   d. Disposition (For example: Was the case dismissed? Was it appealed? Is it still pending?)
      _____

   e. Approximate date of filing lawsuit _____

   f. Approximate date of disposition _____

1983 FORM Rev. 01/2008

5. Third previous lawsuit:

   a.  Plaintiff _____

       Defendants _____

   b.  Court and Case Number (if federal court, identify the district; if state sourt, identify the county):
       _____

   c.  Claims raised: _____

   d.  Disposition (For example: Was the case dismissed? Was it appealed? Is it still pending?)
       _____

   e.  Approximate date of filing lawsuit _____

   f.  Approximate date of disposition _____

(If you have filed more than three lawsuits, make a copy of this (blank) page and provide the necessary information.)

6. Have you filed any actions in federal court that were dismissed because they were frivolous, malicious, or failed to state a claim upon which relief could be granted? ___Yes ___No.

   **If you have had three or more previous federal actions dismissed for any of the reasons stated above, you may not bring another civil action in forma pauperis unless you are under imminent danger of serious physical injury.** See 28 U.S.C. § 1915(g).

1983 FORM Rev. 01/2008

## C. CAUSE OF ACTION

### COUNT I

1. The following constitutional or other federal civil right has been violated by the Defendant(s):
Access to the courts and the processing of Administrative Remedies

2. Count I involves: (Check **only one**; if your claim involves more than one issue, each issue should be stated in a different count)   ☐ Mail   ☒ Access to the court   ☐ Medical care
☐ Disciplinary proceedings   ☐ Property   ☐ Exercise of religion   ☐ Retaliation
☐ Excessive force by an officer   ☐ Threat to safety   ☐ Other:_____

3. **Supporting Facts:** (State as briefly as possible the FACTS supporting Count I, without citing legal authority or arguments. Describe exactly what each Defendant did or did not do to violate your rights.)

At the direction of Unit 5A Counselor (Defendant) Dwayne Bautista, the Plaintiff submitted informal "COP OUTS" attempting to resolve the issue of monies that were not transferred from his prior institution to FDC Honolulu. The Plaintiff has submitted informal COP OUTS, BP-8 forms and a BP-9 to the warden (Defendant Derr). All have been ignored. Without a response from either of the Defendant's, the Plaintiff cannot appeal to the Bureau of Prisons Regional Office and cannot seek Administrative Remedy as the courts have ruled as a requirement to pursue this and other actions.

4. Injury: (State how you have been injured by Defendant(s)' actions or inactions.
Denial of access to the Court and delayed return of the Plaintiff's money.

5

1983 FORM Rev. 01/2008

# COUNT II

1. The following constitutional or other federal civil right has been violated by the Defendant(s):
The Plaintiff has a right to expect that monies deposited into his account will be transferred between prisons while in BOP custody.

2. Count II involves: (Check **only one**; if your claim involves more than one issue, each issue should be stated in a different count)  ☐Mail  ☐ Access to the court  ☐Medical care  ☐ Disciplinary proceedings  ☒Property  ☐ Exercise of religion  ☐Retaliation  ☐ Excessive force by an officer  ☐Threat to safety  ☐Other:_____

3. **Supporting Facts:**(State as briefly as possible the FACTS supporting Count II, without citing legal authority or arguments. Describe exactly what each Defendant did or did not do to violate your rights.)

The Plaintiff was transferred to FDC Honolulu from CCA Otay Mesa Prison San Diego, California. The prior facility either failed to transfer the money, or FDC Honolulu failed to properly credit the money, to the Plaintiff's account. The Plaintiff has been in the custody of the Bureau of Prisons since his conviction and it is the Bureau of Prisons responsibility to transfer property and money between institutions. Defendant Dwayne Bautista told the Plaintiff during orientation to fill out a "COP OUT" and he would correct the problem of untransferred money that was an issue for multiple inmates. As of the date of this filing, the money $ 239.00 in question has not been credited to the Plaintiff's account.

4. Injury: (State how you have been injured by Defendant(s)' actions or inactions.
Loss of funds ($ 239.00    ).

6

1983 FORM Rev. 01/2008

# COUNT III

1. The following constitutional or other federal civil right has been violated by the Defendant(s):

_____

_____

2. Count III involves: (Check **only one**; if your claim involves more than one issue, each issue should be stated in a different count)   ☐Mail   ☐ Access to the court   ☐Medical care
☐ Disciplinary proceedings   ☐Property   ☐ Exercise of religion   ☐Retaliation
☐ Excessive force by an officer   ☐Threat to safety   ☐Other:_____

3. **Supporting Facts:** (State as briefly as possible the FACTS supporting Count III, without citing legal authority or arguments. Describe exactly what each Defendant did or did not do to violate your rights.)

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

4. Injury: (State how you have been injured by Defendant(s)' actions or inactions.

_____

_____

(If you assert more than three Counts, make a copy of this (blank) page and provide the necessary information.)

1983 FORM  Rev. 01/2008

## D. REQUEST FOR RELIEF

State briefly exactly what you want the Court to do for you.  Make no legal arguments.  Cite no cases or statutes.

The return of $ 239.00 to the Plaintiff's account.

_____

_____

_____

_____

_____

_____

_____

I understand that a false statement or answer to any question in this complaint will subject me to penalties of perjury. I DECLARE UNDER PENALTY OF PERJURY UNDER THE LAWS OF THE UNITED STATES OF AMERICA THAT THE FOREGOING IS TRUE AND CORRECT.  See 28 U.S.C. § 1746 and 18 U.S.C. §1621.

Signed this __4__ day of __April__, __2022__.
                         (month)          (year)

_____
(Signature of Plaintiff)

## ADDITIONAL PAGES

All questions must be answered concisely in the proper space on the form.  If needed, you may attach no more than fifteen (15) **additional pages**.  Number these pages in relation to the final page number of the section that is being extended (i.e. additional defendants' pages should be numbered "2A, 2B, etc.," additional previous lawsuits' pages "4A, 4B, etc.," additional claims should be numbered "7A, 7B, etc."  This form, however, must be completely filled in to the extent applicable.